**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7804**

———————

MARK A. BELL,

                              Plaintiff - Appellant,

        versus

I.   KOLONGO,   Doctor;   MR.   CHERRY,
Superintendent;   CAPTAIN   HATCHETT,
Director of Jail Operations,

                              Defendants - Appellees,

        and

LIEUTENANT FOX,

                              Defendant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CA-03-501)

———————

Submitted:  January 27, 2005        Decided:  February 7, 2005

———————

Affirmed by unpublished per curiam opinion.

———————

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

———————

PER CURIAM:

Mark A. Bell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bell v. Kolongo, No. CA-03-501 (E.D. Va. filed Oct. 25 & entered Oct. 26, 2004). We deny Bell's request in his informal brief for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED